# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARICEL COLLADO, | ) Case No. 4:20-cv-00314 |
| Plaintiff, | ) |
| – vs – | ) NOTICE OF SETTLEMENT |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff Maricel Collado ("Plaintiff") and Defendant GC Services, LP ("Defendant") have reached settlement in the above-captioned matter. Plaintiff intends to file a Notice of Voluntary Dismissal once the Settlement Agreement has been finalized. Plaintiff, therefore, respectfully requests thirty (30) days in order to finalize settlement and dismiss the action.

RESPECTFULLY SUBMITTED,

Dated: May 4, 2020         By: */s/ Peter Cozmyk*
Peter Cozmyk
Attorney in Charge
State Bar # 0078862
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
pcozmyk@cozmyklaw.com
P: (877) 570-4440
F. (216) 485-2125

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 4, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record, including:

Margaret Jo Meier
The Rudnicki Firm
6305 Waterford Blvd
Ste 325
Oklahoma City, OK 73118
405-445-7422
Email: margie@rudnickifirm.com

        By:*/s/ Peter Cozmyk*
        Peter Cozmyk
        Attorney in Charge
        State Bar # 0078862
        COZMYK LAW OFFICES, LLC
        6100 Oak Tree Blvd., Ste. 200
        Independence, OH 44131
        pcozmyk@cozmyklaw.com
        P: (877) 570-4440
        F. (216) 485-2125