**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MARICEL COLLADO, | ) | Case No.: 4:20-cv-00314 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION OF DISMISSAL** |
| – vs – | ) | |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff MARICEL COLLADO ("Plaintiff") and Defendant GC SERVICES, LP ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| By: */s/ Margaret Jo Meier (with permission)*<br>Margaret Jo Meier<br>The Rudnicki Firm<br>6305 Waterford Blvd., Ste 325<br>Oklahoma City, OK 73118<br>405-445-7422<br>Email: margie@rudnickifirm.com<br><br>*Counsel for Defendant* | By:*/s/ Peter Cozmyk*<br>Peter Cozmyk, State Bar # 0078862<br>COZMYK LAW OFFICES, LLC<br>6100 Oak Tree Blvd., Ste. 200<br>Independence, OH 44131<br>Email: pcozmyk@cozmyklaw.com<br>P: (877) 570-4440<br>F. (216) 485-2125<br><br>*Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2020, a true and correct copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed using the Court's CM/ECF system, which will notify all attorneys of record, including:

Margaret Jo Meier
The Rudnicki Firm
6305 Waterford Blvd
Ste 325
Oklahoma City, OK 73118
405-445-7422
Email: margie@rudnickifirm.com

                                 By:*/s/ Peter Cozmyk*
                                 Peter Cozmyk
                                 Attorney in Charge
                                 State Bar # 0078862
                                 COZMYK LAW OFFICES, LLC
                                 6100 Oak Tree Blvd., Ste. 200
                                 Independence, OH 44131
                                 pcozmyk@cozmyklaw.com
                                 P: (877) 570-4440
                                 F. (216) 485-2125